UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Billy Ray Hacker<br>Kristine M Hacker | CASE NO. 10-37527 |
| Debtors. | ORDER |

_____

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

It is ordered:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated November 04, 2005, executed by Billy Ray Hacker and Kirstine M Hacker husband and wife , recorded onNovember 30, 2005, as Document No.A000545302 , covering real estate located in Mower County, Minnesota, legally described as:

Lot 1 Block 1 Shaw's Second Addition to the City of Dexter, Mower County Minnesota

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: January 19, 2011

    /e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/19/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk